UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOROTHY IRENE SHAWL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 3:17-CV-05058-DWC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. This matter is before the Court on "Plaintiff's Stipulated Motion for EAJA Attorney Fees and Costs." Dkt. 17.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion and declaration (Dkts. 17, 18), and the relevant record, the Court orders EAJA attorney's fees of $5,427.82, expenses in the amount of $5.99, and costs, pursuant to 28 U.S.C. § 1920, in the amount of $416.00 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

| | |
|---|---|
| 1 | The Acting Commissioner shall contact the Department of Treasury after this Order is |
| 2 | entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the |
| 3 | Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the |
| 4 | government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly |
| 5 | to Teal M. Parham, Plaintiff's counsel. If there is an offset, any remainder shall be made payable |
| 6 | to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, |
| 7 | and the check shall be mailed to Plaintiff's counsel, Teal M. Parham, Parham & Hall, PLLP, 910 |
| 8 | 12th Avenue – P.O. Box 757, Longview, WA 98632. |
| 9 | Dated this 18th day of December, 2017. |

David W. Christel
United States Magistrate Judge